

answer due 8/24/12

46248441-1

**CT Corporation**

**Service of Process Transmittal**
08/06/2012
CT Log Number 520988466



**TO:** Sue Johnson
I.C. System, Inc.
444 East Highway 96
St. Paul, MN 55127-

**RE:** **Process Served in Florida**

**FOR:** I.C. System, Inc. (Domestic State: MN)

RECEIVED AUG 0 8 2012

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Stanley L. Martin, Pltf. vs. I.C. System, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Attachment(s), Complaint, Demand |
| **COURT/AGENCY:** | Hillsborough County Circuit Court, FL<br>Case # 1200012197 |
| **NATURE OF ACTION:** | Violations of the Florida Consumer Collection Practices Act, Federal Fair Debt Collection Practices Act and Telephone Consumer Protection Act - Wrongful attempt to collect an alleged debt |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/06/2012 at 15:01 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | Michael D. Pangia<br>Martin Aequitas, P.A.<br>2002 East 4th Avenue<br>Tampa, FL 33605<br>813-241-8269 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 798703450697<br>Email Notification, Sue Johnson sjohnson@icsystem.com<br>Email Notification, Carol Labs clabs@icsystem.com<br>Email Notification, Christine Lofboom CLofboom@icsystem.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Donna Moch<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>954-473-5503 |

Page 1 of 1 / Jd

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA

STANLEY L. MARTIN,

    Plaintiff,

vs.

I.C. SYSTEM, INC.,

    Defendant.
_____/

CASE NO.: 1200012197
DIVISION:

**DIVISION K**

DATE 8-6-12   TIME 1501
INITIAL _____ BADGE# 362

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the Complaint in this lawsuit on:

**I.C. System, Inc.**
**c/o CT Corporation System**
**1200 South Pine Island Road**
**Plantation, Florida 33324**

DATED on this ___ day of August 2012.

CIRCUIT CIVIL
800 Twiggs Street
Tampa, Florida 33602

PAT FRANK
CLERK OF THE CIRCUIT COURT

By: _____
AS DEPUTY CLERK

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANTE

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du umero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

MICHAEL D. PANGIA, ESQ.
Florida Bar No. 0076588
2002 East 4th Avenue
Tampa, Florida 33605
Tel: 813-241-8269
Fax: 813-840-3773
Attorney for plaintiff

NOTICE: If you are a person with a disability who needs any accommodations in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Within two working days of your receipt of this summons, please contact the ADA Coordinator- 601 E. Kennedy Blvd., Tampa, Florida 33602, Phone: (813) 276-8100.